# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JAMES LEBLANC

VERSUS

DISA GLOBAL SOLUTIONS, INC., ET AL.

CIVIL ACTION

17-76-SDD-EWD

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated October 5, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] is DENIED and the Plaintiff's claims against Our Lady of the Lake Ascension, LLC d/b/a St. Elizabeth Physicians are dismissed without prejudice. It is further *Ordered* that Plaintiff's request for fees under U.S.C. § 1447(c) is DENIED.

Baton Rouge, Louisiana the 6 day of November, 2017.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 50.
[3] Rec. Doc. 10.